BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, New York State Bar
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Judy Bruner,
Lloyd A. Carney, Renato A. DiPentima,
Alan L. Earhart, John W. Gerdelman, Kim C.
Goodman, David L. House, L. William Krause,
David E. Roberson, and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAILE STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., JUDY BRUNER, LLOYD A. CARNEY, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, SANJAY VASWANI, BROADCOM LIMITED, BROADCOM CORPORATION, and BOBCAT MERGER SUB, INC.,<br><br>Defendants. | CASE NO.: 3:16-cv-07081-EMC<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Before: Honorable Edward Milton Chen<br>Complaint Filed: December 12, 2016 |

1     WHEREAS, Plaintiff Chaile Steinberg ("Plaintiff") filed her Complaint for Violation of the Securities Exchange Act of 1934 on December 12, 2016 ("Complaint");

3     WHEREAS, Defendants waived service of the Complaint, and their responses to the Complaint are currently due February 13, 2017;

5     WHEREAS, the Court has ordered this case related to four other cases currently pending in the Northern District of California, entitled *Gross v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07173-EMC, *Jha v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07270-EMC, *Bragan v. Brocade Communications Systems, Inc., et al.*, Case No. 3:16-cv-07271-EMC, and *Chuakay v. Brocade Communications Systems, Inc*, et al., Case No. 3:17-cv-00058-EMC;

11     WHEREAS, counsel for Plaintiff and counsel for Defendants have stipulated that Defendants need not answer the Complaint and shall meet and confer on a schedule after consolidation of this case and the above-referenced cases and after the filing of a consolidated amended complaint;

15     NOW, THEREFORE, the parties, by and through their respective counsel, stipulate and agree as follows:

1. Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;

2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: February 6, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
BORIS FELDMAN

By: /s/ Boris Feldman
      Boris Feldman

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com

Attorneys for Defendants Brocade Communications Systems, Inc., Judy Bruner, Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani

Dated: February 6, 2017

LATHAM & WATKINS LLP
HILARY H. MATTIS

By: /s/ Hilary H. Mattis
      Hilary H. Mattis

140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
Hilary.Mattis@lw.com

Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Bobcat Merger Sub, Inc.

Dated: February 6, 2017

BRODSKY & SMITH, LLC
EVAN J. SMITH

By: /s/ Evan J. Smith
      Evan J. Smith

Two Bala Plaza
Suite 602
Bala Cynwyd, PA 19004
Telephone: 610-667-6200
Facsimile: 610-667-9029
Email: esmith@brodsky-smith.com

Attorneys for Plaintiff

STIP. & [PROPOSED] ORDER EXTENDING TIME TO RESPOND
Case No.: 3:16-cv-07081-EMC

-3-

## [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. Defendants will not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint in this action;
2. Defendants and Plaintiff shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;
3. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

**IT IS SO ORDERED.**

DATED: __2/15/2017__

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

## ATTESTATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Evan J. Smith and Hilary H. Mattis have concurred in this filing.

Dated: February 6, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
Boris Feldman