1  BORIS FELDMAN, State Bar No. 128838
   GIDEON A. SCHOR, New York State Bar
2  (admitted *pro hac vice*)
   AARON J. BENJAMIN, State Bar No. 301796
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile:  (650) 493-6811
6  boris.feldman@wsgr.com
   gschor@wsgr.com
7  abenjamin@wsgr.com

8  Attorneys for Defendants Brocade
   Communications Systems, Inc., Judy Bruner,
9  Lloyd A. Carney, Renato A. DiPentima,
   Alan L. Earhart, John W. Gerdelman, Kim C.
10 Goodman, David L. House, L. William Krause,
   David E. Roberson, and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAILE STEINBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., JUDY BRUNER, LLOYD A. CARNEY, RENATO A. DIPENTIMA, ALAN L. EARHART, JOHN W. GERDELMAN, KIM C. GOODMAN, DAVID L. HOUSE, L. WILLIAM KRAUSE, DAVID E. ROBERSON, SANJAY VASWANI, BROADCOM LIMITED, BROADCOM CORPORATION, and BOBCAT MERGER SUB, INC.,<br><br>      Defendants. | CASE NO.: 3:16-cv-07081-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Before: Honorable Edward Milton Chen<br>Complaint Filed: December 12, 2016 |

1  WHEREAS, plaintiff Chaile Steinberg ("Plaintiff") filed the above-captioned securities class action lawsuit on December 12, 2016;

WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 ("Reform Act"), 15 U.S.C. §78u-4, which, *inter alia,* requires the Court to appoint a lead plaintiff;

WHEREAS, on December 13, 2016, the Court entered an Order setting an initial Case Management Conference ("CMC") for March 16, 2017 and setting Rule 26(f) and CMC deadlines for March 9, 2017;

WHEREAS, the deadline for filing a motion seeking to be appointed lead plaintiff is March 6, 2017;

WHEREAS, if appointed lead plaintiff by the Court, Plaintiff anticipates that it will file an amended complaint;

WHEREAS, defendants anticipate that they will move to dismiss the amended complaint;

WHEREAS, on February 15, 2017, this Court ordered, pursuant to the parties' stipulation, that Defendants need not respond to the complaint and that the parties shall meet and confer on a schedule after consolidation and the filing of a consolidated amended complaint;

WHEREAS, in light of the current procedural posture, and in particular, the fact that a lead plaintiff has not yet been appointed, and a consolidated complaint has not been filed nor an operative complaint designated, the parties respectfully request that the CMC and related deadlines be continued as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to Court approval, as follows:

1. The CMC is continued pending the appointment of a lead plaintiff and the subsequent filing of an amended complaint or designation of an operative complaint.  Likewise, the deadline for filing a CMC statement is continued accordingly.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No.:  3:16-cv-07081-EMC

-2-

| | |
|---|---|
| 1  Dated:  February 24, 2017 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>BORIS FELDMAN |
| | By:  /s/ Boris Feldman<br>        Boris Feldman |
| | 650 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>boris.feldman@wsgr.com |
| | Attorneys for Defendants Brocade Communications Systems, Inc., Judy Bruner, Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani |
| Dated: February 24, 2017 | LATHAM & WATKINS LLP<br>HILARY H. MATTIS |
| | By:  /s/  Hilary H. Mattis<br>        Hilary H. Mattis |
| | 140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>Hilary.Mattis@lw.com |
| | Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Bobcat Merger Sub, Inc. |
| Dated: February 24, 2017 | BRODSKY & SMITH, LLC<br>EVAN J. SMITH |
| | By:  /s/ Evan J. Smith<br>        Evan J. Smith |
| | Two Bala Plaza<br>Suite 602<br>Bala Cynwyd, PA 19004<br>Telephone: 610-667-6200<br>Facsimile: 610-667-9029<br>Email: esmith@brodsky-smith.com |
| | Attorneys for Plaintiff |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC
Case No.:  3:16-cv-07081-EMC

-3-

1 **[PR~~OPO~~SED] ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.  CMC is reset from 3/16/17 to 4/13/17 at 1:30 p.m. (same time as motion to appoint lead counsel.)  Joint CMC Statement due 4/6/17.

Dated: 2/28/17

The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No.: 3:16-cv-07081-EMC
-4-

**ATTESTATION**

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Evan J. Smith and Hilary H. Mattis have concurred in this filing.

Dated: February 24, 2017	WILSON SONSINI GOODRICH & ROSATI
	Professional Corporation

	By: /s/ Boris Feldman
	       Boris Feldman

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC	-5-
Case No.: 3:16-cv-07081-EMC