1  BORIS FELDMAN, State Bar No. 128838
   GIDEON A. SCHOR, State Bar of New York
2  (admitted *pro hac vice*)
   AARON J. BENJAMIN, State Bar No. 301796
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811
6  boris.feldman@wsgr.com
   gschor@wsgr.com
7  abenjamin@wsgr.com

8  Attorneys for Defendants Brocade
   Communications Systems, Inc., Lloyd A.
9  Carney, David L. House, Judy Bruner,
   Renato A. DiPentima, Alan L. Earhart,
10 John W. Gerdelman, Kim C. Goodman,
   L. William Krause, David E. Roberson,
11 and Sanjay Vaswani

**CHAMBERS' COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.: 3:16-cv-07081-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

CHAMBERS' COPY

1   WHEREAS, between December 12, 2016 and January 18, 2017, six substantially similar
2   purported shareholder class actions were filed in this Court challenging the proposed merger
3   between Brocade Communications Systems, Inc. and Broadcom Limited (the "Merger");
4   WHEREAS, on April 14, 2017, the Court consolidated those six actions as *In re Brocade
5   Communications Systems, Inc. Securities Litigation*, Case No. 3:16-cv-07081-EMC (the
6   "Consolidated Action");
7   WHEREAS, on April 14, 2017, the Court set a deadline for the filing of an amended
8   consolidated complaint at 45 days after the closing of the Merger;
9   WHEREAS, on April 14, 2017, the Court set a Case Management Conference ("CMC")
10  for the Consolidated Action for September 14, 2017 at 10:30 a.m. in Courtroom 5;
11  WHEREAS, the Merger has not yet closed, and is now not expected to close by
12  September 14, 2017;
13  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
14  undersigned, subject to Court approval, as follows:
15  1.  The CMC and any related deadlines, including the filing of a CMC statement, will be
16      rescheduled after the closing of the Merger.

| | | |
|---|---|---|
| 1 | Dated: August 23, 2017 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By: /s/ Boris Feldman |
| | | Boris Feldman |
| 4 | | Attorneys for Defendants Brocade |
| 5 | | Communications Systems, Inc., Lloyd A. Carney, David L. House, Judy Bruner, Renato |
| 6 | | A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, L. William |
| 7 | | Krause, David E. Roberson, and Sanjay Vaswani |
| 8 | Dated: August 23, 2017 | LATHAM & WATKINS LLP |
| 9 | | By: /s/ Matthew Rawlinson |
| 10 | | Matthew Rawlinson |
| 11 | | Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Bobcat Merger Sub, |
| 12 | | Inc. |
| 13 | Dated: August 23, 2017 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 14 | | By: /s/ David T. Wissbroecker |
| | | David T. Wissbroecker |
| 15 | | Attorneys for Plaintiff |

1                                    **[PROPOSED] ORDER**

2            PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 *Further CMC reset for 9/28/17*

4 Dated: *at 10:30 Am.*       8/25/17

                                                            The Honorable Edward M. Chen
5                                                             United States District Judge

# ATTESTATION

I, Boris Feldman, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.** In compliance with Civil Local Rule 5-1, I hereby attest that Matthew Rawlinson and David T. Wissbroecker have concurred in this filing.

Dated: August 23, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Boris Feldman
    Boris Feldman