BORIS FELDMAN, State Bar No. 128838
GIDEON A. SCHOR, New York State Bar
(admitted *pro hac vice*)
AARON J. BENJAMIN, State Bar No. 301796
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
boris.feldman@wsgr.com
gschor@wsgr.com
abenjamin@wsgr.com

Attorneys for Defendants Brocade
Communications Systems, Inc., Judy Bruner,
Lloyd A. Carney, Renato A. DiPentima,
Alan L. Earhart, John W. Gerdelman, Kim C.
Goodman, David L. House, L. William Krause,
David E. Roberson, and Sanjay Vaswani

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO.: 3:16-cv-07081-EMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1     WHEREAS, a Case Management Conference ("CMC") in the above-captioned

2 consolidated action is currently scheduled for November 28, 2017;

3     WHEREAS, the proposed acquisition of defendant Brocade Communications Systems,

4 Inc. ("Brocade") by Broadcom Corporation (the "Merger") has not yet been completed;

5     WHEREAS, on October 3, 2017, Brocade disclosed that there would be additional

6 regulatory review before the Merger would be completed, and that Brocade anticipates the

7 Merger to be completed by November 30, 2017, subject to regulatory clearance;

8     WHEREAS, counsel for Brocade and Plaintiffs have scheduling conflicts on November

9 28, 2017;

10     WHEREAS, the parties have met and conferred and agree that, in light of the additional

11 regulatory review and the scheduling conflicts, the November 28, 2017 CMC and all related

12 deadlines should be continued for three weeks;

13     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE

14 PARTIES, through their respective counsel, and subject to the approval of the Court, as follows:

15     1. The November 28, 2017 CMC shall be continued until December 21, 2017.

16     2. Any deadlines related to the November 28, 2017 CMC shall be continued for

17        three weeks.

18 Dated: November 7, 2017                 WILSON SONSINI GOODRICH & ROSATI
                                                        Professional Corporation

19

20                                                        BORIS FELDMAN

                                                     By: /s/ Boris Feldman
21                                                          Boris Feldman

22                                                      650 Page Mill Road
                                                     Palo Alto, CA 94304
23                                                      Telephone: (650) 493-9300
                                                     Facsimile: (650) 493-6811
24                                                      boris.feldman@wsgr.com

25                                                      *Attorneys for Defendants Brocade
                                                     Communications Systems, Inc., Judy Bruner,*
26                                                      *Lloyd A. Carney, Renato A. DiPentima, Alan L.*
                                                     *Earhart, John W. Gerdelman, Kim C. Goodman,*
27                                                      *David L. House, L. William Krause, David E.*
                                                     *Roberson, and Sanjay Vaswani*

28

| | | |
|---|---|---|
| 1 | Dated: November 7, 2017 | LATHAM & WATKINS LLP<br>HILARY H. MATTIS |
| 2 | | |
| 3 | | By: /s/ Hilary H. Mattis<br>　　　Hilary H. Mattis |
| 4 | | |
| 5 | | 140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600 |
| 6 | | Facsimile: (650) 463-2600<br>hilary.mattis@lw.com |
| 7 | | |
| 8 | | *Attorneys for Defendants Broadcom Limited, Broadcom Corporation, and Bobcat Merger Sub, Inc.* |
| 9 | Dated: November 7, 2017 | ROBBINS GELLER RUDMAN |
| 10 | | & DOWD LLP<br>DANIELLE S. MYERS |
| 11 | | |
| 12 | | By: /s/ Danielle S. Myers<br>　　　Danielle S. Myers |
| 13 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 14 | | Telephone: 619/231-1058<br>Facsimile: 619/231-7423 |
| 15 | | dmyers@rgrdlaw.com |
| 16 | | *Lead Counsel for Plaintiff* |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further CMC reset for 12/21/17 at 10:30 a.m.

Dated: 11/15/17

The Honorable Edward M. Chen
United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Boris Feldman, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that Hilary H. Mattis and Danielle S. Myers have concurred in this filing.

Dated: November 7, 2017

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Boris Feldman*
     Boris Feldman