LATHAM & WATKINS LLP
   Matthew Rawlinson (Bar No. 231890)
   Hilary H. Mattis (Bar No. 271498)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
Email: matt.rawlinson@lw.com
Email: hilary.mattis@lw.com

Attorneys for Defendants Broadcom Limited,
Broadcom Corporation and Bobcat Merger
Sub, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION | CASE NO.: 3:16-cv-07081-EMC |
| | **CLASS ACTION** |
| This Document Relates To: | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ALL ACTIONS. | |

1       WHEREAS, a Case Management Conference ("CMC") in the above-captioned

2 consolidated action is currently scheduled for December 21, 2017;

3       WHEREAS, counsel for Broadcom have scheduling conflicts on December 21, 2017;

4       WHEREAS, the parties have met and conferred and agree that, in light of the scheduling

5 conflicts, the December 21, 2017 CMC and all related deadlines should be continued until

6 January 9, 2018;

7       NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE

8 PARTIES, through their respective counsel, and subject to the approval of the Court, as follows:

9     1. The December 21, 2017 CMC shall be continued until January ~~9~~ 18, 2018.

10     2. ~~Any deadlines related to the December 21, 2017 CMC shall be continued until~~

11       ~~January 9, 2018.~~   CMC statement due January 11, 18.

12 Dated: November 17, 2017       LATHAM & WATKINS LLP
                                   HILARY H. MATTIS

14                                    By: /s/ Hilary H. Mattis
                                       Hilary H. Mattis

16                                    140 Scott Drive
                                   Menlo Park, California 94025
17                                    Telephone: (650) 328-4600
                                   Facsimile: (650) 463-2600
18                                    hilary.mattis@lw.com

19                                    *Attorneys for Defendants Broadcom Limited,*
                                   *Broadcom Corporation, and Bobcat Merger*
20                                    *Sub, Inc.*

21 Dated: November 17, 2017       WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation

22                                    BORIS FELDMAN

23                                    By: /s/ Boris Feldman
                                       Boris Feldman
24

25                                    650 Page Mill Road
                                   Palo Alto, CA 94304
26                                    Telephone: (650) 493-9300
                                   Facsimile: (650) 493-6811
27                                    boris.feldman@wsgr.com

28                                    *Attorneys for Defendants Brocade*
                                   *Communications Systems, Inc., Judy Bruner,*

| | |
|---|---|
| Dated: November 17, 2017 | *Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani*<br><br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>DANIELLE S. MYERS<br>By: /s/ David T. Wissbroecker<br>　　　David T. Wissbroecker<br><br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>Facsimile: 619/231-7423<br>dmyers@rgrdlaw.com<br><br>*Lead Counsel for Plaintiff* |

[~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. `(see changes above)`

Dated: 11/20/17

_____
The Honorable Edward M. Chen
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: IT IS SO ORDERED AS MODIFIED. Signed: Judge Edward M. Chen]*

STIP. AND [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE　　　　　　　　　　　-3-
Case No.: 3:16-cv-07081-EMC

1 **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2     I, Hilary H. Mattis, am the ECF User whose identification and password are being used to

3 file this document. In compliance with Civil Local Rule 5-1, I hereby attest that Boris Feldman

4 and David Wissbroecker have concurred in this filing.

5 Dated: November 17, 2017                LATHAM & WATKINS LLP

7                               By: /s/ Hilary H. Mattis
8                                   Hilary H. Mattis