ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
MAXWELL R. HUFFMAN (264687)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
mhuffman@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION | ) Case No. 3:16-cv-07081-EMC ) ) <u>CLASS ACTION</u> ) |
| This Document Relates to:<br><br>ALL ACTIONS. | ) LEAD PLAINTIFF GIULIO D. ) CESSARIO'S NOTICE OF ) VOLUNTARY DISMISSAL WITHOUT ) PREJUDICE PURSUANT TO FED. R. ) CIV. P. 41(A)(1)(A)(I) AND ) WITHDRAWAL AS NAMED ) PLAINTIFF AND PUTATIVE CLASS ) REPRESENTATIVE |

1343833_1

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Giulio D. Cessario hereby withdraws as named plaintiff and putative class representative in this action, and voluntarily dismisses his claims against Defendants Brocade Communications Systems, Inc., Broadcom Limited, Broadcom Corporation, Judy Bruner, Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman, David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani without prejudice. This notice of voluntary dismissal and withdrawal is also made without prejudice to Giulio D. Cessario's rights as an absent class member, and does not affect the pending claims of any other plaintiffs.

DATED: December 29, 2017

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
MAXWELL R. HUFFMAN


      s/ David T. Wissbroecker
DAVID T. WISSBROECKER

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiff

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: 214/239-4568
281/254-7789 (fax)

Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 29, 2017.

                s/ David T. Wissbroecker
                DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: dwissbroecker@rgrdlaw.com

1343833_1

# Mailing Information for a Case 3:16-cv-07081-EMC In re Brocade Communications Systems, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aaron Jedidiah Benjamin**
  abenjamin@wsgr.com

- **David Eldridge Bower**
  dbower@monteverdelaw.com,mschreiner@monteverdelaw.com,jmonteverde@monteverdelaw.com,dbower@bowerlawgroup.com

- **Joel E. Elkins**
  jelkins@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com,cafilings@weisslawllp.com

- **Boris Feldman**
  boris.feldman@wsgr.com,lcardenas@wsgr.com

- **William Scott Holleman**
  ScottH@johnsonfistel.com,paralegal@johnsonfistel.com

- **Hilary Hellmuth Mattis**
  hilary.mattis@lw.com,jenny.duckworth@lw.com,hilary-mattis-5362@ecf.pacerpro.com,#svlitigationservices@lw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Matthew Rawlinson**
  matt.rawlinson@lw.com,zoila.aurora@lw.com,matthew-rawlinson-3894@ecf.pacerpro.com,#SVLitigationServices@lw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Quentin Alexandre Roberts**
  qroberts@zlk.com,twarren@finkelsteinthompson.com

- **Gideon A. Schor**
  gschor@wsgr.com,ageritano@wsgr.com

- **Evan Jason Smith**
  esmith@brodskysmith.com

- **Elizabeth K Tripodi**
  etripodi@zlk.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Donald              E. Enright
Levin & Korinsky LLP
1101 30th Street NW,
Suite 115
Washington, DC 20007
```