ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDALL J. BARON (150796)
A. RICK ATWOOD, JR. (156529)
DAVID T. WISSBROECKER (243867)
MAXWELL R. HUFFMAN (264687)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ricka@rgrdlaw.com
dwissbroecker@rgrdlaw.com
mhuffman@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION | ) Case No. 3:16-cv-07081-EMC )  ) CLASS ACTION ) |
| This Document Relates to:  ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ) ORDER CONTINUING HEARING ON ) MOTION FOR ATTORNEYS' FEES )  ) |

1402746_1

1     WHEREAS, a hearing on the GCK Group's Motion for An Award of Attorneys' Fees and
2 Expenses ("Hearing on Motion for Attorneys' Fees") in the above-captioned consolidated action is
3 currently scheduled for April 10, 2018, at 2:30 PM;

4     WHEREAS, counsel for Lead Plaintiff have a scheduling conflict at that time on April 10,
5 2018;

6     WHEREAS, the parties have met and conferred and agree that, in light of the scheduling
7 conflict, the April 10, 2018 Hearing on Motion for Attorneys' Fees should be continued to April 19,
8 2018, at 1:30 PM, subject to any scheduling conflicts that may arise for the Court;

9     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES,
10 through their respective counsel, and subject to the approval of the Court, as follows:

11     1.     The April 10, 2018 Hearing on Motion for Attorneys' Fees shall be continued until
12 April ~~19~~ 26, 2018 at 1:30 PM.

13 DATED: March 29, 2018     ROBBINS GELLER RUDMAN
        & DOWD LLP
14     RANDALL J. BARON
    A. RICK ATWOOD, JR.
15     DAVID T. WISSBROECKER
    MAXWELL R. HUFFMAN

        s/ David T. Wissbroecker
    DAVID T. WISSBROECKER

    655 West Broadway, Suite 1900
    San Diego, CA 92101
    Telephone: 619/231-1058
    619/231-7423 (fax)

    *Lead Counsel for Plaintiff*

    THE BRISCOE LAW FIRM, PLLC
    WILLIE C. BRISCOE
    8150 N. Central Expressway, Suite 1575
    Dallas, TX 75206
    Telephone: 214/239-4568
    281/254-7789 (fax)

    *Additional Counsel for Plaintiff*

1402746_1 STIPULATION AND [PROPOSED] ORDER CONTINUING CASE
MANAGEMENT CONFERENCE - **3:16-cv-07081-EMC**     - 1 -

| | | |
|---|---|---|
| 1 | DATED: March 29, 2018 | WEISS LAW LLP<br>JOEL E. ELKINS |
| 2 | | |
| 3 | | |
| 4 | | s/ Joel E. Elkins<br>JOEL E. ELKINS |
| 5 | | 9107 Wilshire Blvd, Suite 450<br>Beverly Hills, CA 90210 |
| 6 | | Telephone: 310/208-2800<br>310/208-3010 (fax) |
| 7 | | jelkins@weisslawllp.com |
| 8 | | WEISS LAW LLP<br>RICHARD A. ACOCELLI |
| 9 | | 1500 Broadway, Suite 1600<br>New York, NY 10036 |
| 10 | | Telephone: 212/682-3025<br>212/682-3010 (fax) |
| 11 | | racocelli@weisslawllp.com |
| 12 | | *Attorneys for Plaintiff GCK Group* |
| 13 | DATED: March 29, 2018 | LATHAM & WATKINS LLP<br>HILARY H. MATTIS |
| 14 | | |
| 15 | | |
| 16 | | s/ Hilary H. Mattis<br>HILARY H. MATTIS |
| 17 | | 140 Scott Drive |
| 18 | | Menlo Park, California 94025<br>Telephone: 650/328-4600 |
| 19 | | 650/463-2600 (fax)<br>hilary.mattis@lw.com |
| 20 | | *Attorneys for Defendants Broadcom Limited,* |
| 21 | | *Broadcom Corporation, and Bobcat Merger Sub, Inc.* |
| 22 | DATED: March 29, 2018 | WILSON SONSINI GOODRICH & ROSATI<br>  Professional Corporation |
| 23 | | BORIS FELDMAN |
| 24 | | |
| 25 | | s/ Boris Feldman |
| 26 | | BORIS FELDMAN |

| | |
|---|---|
|1| |
|2|650 Page Mill Road<br>Palo Alto, CA 94304|
|3|Telephone: 650/493-9300<br>650/493-6811 (fax)|
|4|boris.feldman@wsgr.com|
|5|*Attorneys for Attorneys for Defendants Brocade Communications Systems, Inc., Judy Bruner,*|
|6|*Lloyd A. Carney, Renato A. DiPentima, Alan L. Earhart, John W. Gerdelman, Kim C. Goodman,*|
|7|*David L. House, L. William Krause, David E. Roberson, and Sanjay Vaswani*|

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Hearing set for 4/26/18 at 1:30 p.m.

DATED: 3/30/18 _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

# CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 29, 2018.

s/ David T. Wissbroecker
DAVID T. WISSBROECKER

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dwissbroecker@rgrdlaw.com

1402746_1

# Mailing Information for a Case 3:16-cv-07081-EMC In re Brocade Communications Systems, Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aaron Jedidiah Benjamin**
  abenjamin@wsgr.com

- **David Eldridge Bower**
  dbower@monteverdelaw.com,mschreiner@monteverdelaw.com,jmonteverde@monteverdelaw.com,dbower@bowerlawgroup.com

- **Joel E. Elkins**
  jelkins@weisslawllp.com,joshua-rubin-1257@ecf.pacerpro.com,exec@weisslawllp.com,cafilings@weisslawllp.com

- **Boris Feldman**
  boris.feldman@wsgr.com,lcardenas@wsgr.com

- **William Scott Holleman**
  ScottH@johnsonfistel.com,paralegal@johnsonfistel.com

- **Stephanie Ann Mariani**
  smariani@wsgr.com

- **Hilary Hellmuth Mattis**
  hilary.mattis@lw.com,jenny.duckworth@lw.com,hilary-mattis-5362@ecf.pacerpro.com,#svlitigationservices@lw.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com,3045517420@filings.docketbird.com,e_file_sd@rgrdlaw.com

- **Matthew Rawlinson**
  matt.rawlinson@lw.com,zoila.aurora@lw.com,matthew-rawlinson-3894@ecf.pacerpro.com,#SVLitigationServices@lw.com

- **Rosemary M. Rivas**
  rrivas@zlk.com,qroberts@zlk.com,ebigelow@zlk.com

- **Quentin Alexandre Roberts**
  qroberts@zlk.com,ebigelow@zlk.com,rrivas@zlk.com

- **Gideon A. Schor**
  gschor@wsgr.com,ageritano@wsgr.com

- **Evan Jason Smith**
  esmith@brodskysmith.com

- **Elizabeth K Tripodi**
  etripodi@zlk.com

- **David Todd Wissbroecker**
  dwissbroecker@rgrdlaw.com,jaimem@rgrdlaw.com,e_file_sd@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Donald          E. Enright
Levin & Korinsky LLP
```

```
1101 30th Street NW,
Suite 115
Washington, DC 20007
```