Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. SECURITIES LITIGATION | Case No. 3:16-cv-07081-EMC <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | **THE GCK GROUP'S NOTICE OF WITHDRAWAL OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

WHEREAS, on February 16, 2018, plaintiffs Melvin Gross, Elizabeth Chuakay and Anjani Kumar Jha ("GCK Group") filed a Motion and Memorandum of Points and Authorities in Support of Motion for an Award of Attorneys' Fees and Expenses (ECF No. 69) (the "Motion");

WHEREAS, on March 2, 2018, Defendants Brocade Communications Systems, Inc. ("Brocade"), the members of Brocade's Board of Directors (the "Board"), Broadcom Ltd., Broadcom Corporation and Bobcat Merger Sub, Inc. (collectively, "Broadcom" and together with Brocade and the Board, "Defendants") filed Defendants' Joint Opposition to the GCK Group's Motion for an Award of Attorneys' Fees and Expenses (ECF No. 73) ("Defendants' Opposition");

WHEREAS, on March 2, 2018, Lead Plaintiff Giulio D. Cessario filed a Joinder in Defendants' Opposition (ECF No. 75);

WHEREAS, on March 9, 2018, the GCK Group filed its Reply Brief in Further Support of the GCK Group's Motion for an Award of Attorneys' Fees and Expenses (ECF No. 76);

WHEREAS, on April 26, 2018, the Court held a hearing on the Motion requesting that supplemental letters from each of the GCK Group and Defendants be submitted to the Court by May 3, 2018 (ECF No. 83);

WHEREAS, on May 2, 2018, counsel for the GCK Group and counsel for Defendants reached an agreement to resolve the amount of attorneys' fees and expenses that will be paid to the GCK Group's counsel;

WHEREAS, it is therefore appropriate to withdraw the Motion as moot; and

WHEREAS, Defendants consent to the GCK Group's withdrawal of the Motion.

**NOW, THEREFORE,** please take notice that the GCK Group hereby respectfully withdraws its pending Motion.

DATED:  May 3, 2018

Respectfully submitted,

_____
Joel E. Elkins

**WEISSLAW LLP**
Joel E. Elkins SBN 256020
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone:  310/208-2800
Facsimile:   310/209-2348

*Counsel for Plaintiff*

**OF COUNSEL**

**WEISSLAW LLP**
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY  10036
Telephone: 212/682-3025
Facsimile:  212/682-3010

**LEVI & KORSINSKY LLP**
Donald E. Enright
Elizabeth K. Tripodi
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel:  212-971-1341
Fax:  212-202-7880
jmonteverde@monteverdelaw.com

*Counsel for Plaintiff*

**PROOF OF SERVICE**

STATE OF CALIFORNIA       )
                          ) ss.:
COUNTY OF LOS ANGELES     )

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 9107 Wilshire Boulevard, Suite 450, Beverly Hills, California 90210.

     On May 3, 2018, I served the document(s) described as:

**THE GCK GROUP'S NOTICE OF WITHDRAWAL OF MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

**[X]    BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

     I declare, under penalty of perjury under the laws of the United States, that the above is true and correct.

     Executed on May 3, 2018, at Los Angeles, California.

     /s/ *Joel E. Elkins*
         Joel E. Elkins
     WEISSLAW LLP
     9107 Wilshire Boulevard
     Suite 450
     Beverly Hills, CA 90210
     Telephone: 310/208-2800
     Facsimile: 310/209-2348
     jelkins@weisslawllp.com